Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BERDA MAE PHILLIPS, <br><br> Defendant. | NO.  CR05-203RSM <br><br> GOVERNMENT'S MOTION AND ORDER TO DISMISS THE INDICTMENT |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Norman M. Barbosa, Special Assistant United States Attorney for said District, seeks this Court's leave to dismiss the captioned criminal case as further described below.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed herein, the United States Attorney's Office for the Western District of Washington hereby dismisses without prejudice the Criminal Indictment, Number CR05-203RSM, pending against Berda Mae Phillips.

Upon further investigation and information, the Government has determined that proceeding on the felonies charged in CR05-203RSM is currently inappropriate. The Government has learned that Ms. Phillips was diagnosed with late stage IV breast cancer. Ms. Phillips has recently gone through radiation treatment (from January, 2006, through March 8, 2006). Defendant and her attorney, Jackie Walsh, have no objections to this Motion to Dismiss.

MOTION TO DISMISS INFORMATION/Phillips - 1
Case No. 05-203RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Dated: this 3rd day of May, 2006.

2  Respectfully submitted,

3  JOHN McKAY
   United States Attorney

4

5  s/Norman M. Barbosa
   NORMAN M. BARBOSA
6  Special Assistant United States Attorney
   WSBA No. 28188
7  United States Attorney's Office
   700 Stewart Street, Suite 5220
8  Seattle, WA 98101-1271
   Telephone: (206) 553-4937
9  Fax: (206) 553-0755
   E-mail: Norman.Barbosa@usdoj.gov

10

11

12  **O R D E R**

13  Leave of court is hereby GRANTED for the filing of the foregoing dismissal.

14  Dated: this _9_ day of _May_, 2006.

15

16  [signature]

17  RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE

18
    PRESENTED BY:
19
    s/Norman M. Barbosa
20  NORMAN M. BARBOSA
    Special Assistant United States Attorney
21

22

23

24

25

26

27

28

MOTION TO DISMISS INFORMATION/Phillips - 2
Case No. 05-203RSM